UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|     FRANK D. SEPUTIS, | ) | |
| | ) | CASE NO. 12 80783 |
| | ) | |
| | ) | |
| | ) | |
|     Debtor(s). | ) | |

## ORDER CONFIRMING PLAN

    The plan under Chapter 13 of the Bankruptcy code, filed by the Debtor on ___3/2/12___ (as modified by the amendment filed on ___8/17/12___), having been found by the Court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

    All property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

    **ORDERED** that notwithstanding any provision of the debtor(s)' Chapter 13 Plan to the contrary, the debtor(s)' Chapter 13 Plan payments shall be $100.00 per month for 2 months then increase to $160.00 per month for 3 months then increase to $585.00 per month for 7 months then increase to $994.00 per month for 48 months for a total base of $52,487.00. The Chapter 13 Plan is hereby deemed amended accordingly.

ENTER:

Dated: SEP 21 2012

_____
JUDGE MANUEL BARBOSA

Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL 61105-4127
Phone:  815-968-5354
Fax:    815-968-5368